In the Matter of the Laying Out of LAWRENCE STREET in the Borough of Queens, City of New York.

LONG ISLAND RAIL ROAD COMPANY, Appellant; CITY OF NEW YORK, Respondent.

Argued November 10, 1947; decided November 20, 1947.

*Charles E. Murphy, Corporation Counsel (William A. Marks and Andrew Bellanca of counsel), for motion.*
*Paul Tison and Louis J. Caruthers opposed.*

Motion denied, with leave to renew upon the argument of the appeal.